IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA VIOLAN, an individual, <br><br>    Plaintiff, <br><br>    v. <br><br> ON LOK SENIOR HEALTH SERVICES, d.b.a. ON LOK LIFE WAYS, a California corporation, and DOES 1 through 10, inclusive, <br><br>    Defendants. <br> / | No. C 12-05739 WHA <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO APPEAR** |

Attorney Smith Patten is **HEREBY ORDERED TO APPEAR** on **MARCH 14, 2013, AT 11:00 A.M.**, in Courtroom No. 9, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102, and **TO SHOW CAUSE** why the case should not be dismissed for lack of prosecution or other sanction for failing to attend the duly noticed case management conference held in this action on February 14, 2013, at 11:00 a.m. Attorney Patten shall serve and file a sworn detailed declaration regarding his failure to appear at least seven days before the hearing.

**IT IS SO ORDERED.**

Dated: February 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE