**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA VIOLAN,

    Plaintiff,

v.

ON LOK SENIOR HEALTH SERVICES,

    Defendant.
                                                         /

No. C 12-05739 WHA

**ORDER VACATING SHOW CAUSE HEARING**

A prior order (Dkt. No. 17) directed plaintiff's counsel to show cause why the case should not be dismissed for lack of prosecution or other sanction for counsel's failure to attend the duly noticed case management conference held in this action on February 14, 2013, at 11:00 a.m. Attorney Dow Patten's declaration in response states that counsel failed to appear due to a calendar mix-up involving another action with a similar name. This order finds counsel's neglect excusable, and the action will not be dismissed. The March 14 show cause hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE