IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA VIOLAN, an individual,

    Plaintiff,

v.

ON LOK SENIOR HEALTH SERVICES, d.b.a. ON LOK LIFE WAYS, a California corporation, and DOES 1 through 10, inclusive,

    Defendants.

No. C 12-05739 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

In response to defendant's letter of May 10, 2013, the Court **SETS** a three-hour meet-and-confer in the Court's jury room in the San Francisco courthouse on **WEDNESDAY, MAY 22, STARTING FROM 10:00 A.M. AND CONTINUING TO 1:30 P.M.** (with a thirty-minute break at noon for lunch). At 1:30 p.m., the Court shall hear any remaining unresolved issue(s). Plaintiff's response is due by noon on May 21. Please buzz chambers at 10:00 a.m. on May 22 to be let into the Court's jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 20, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE