United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA VIOLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ON LOK SENIOR HEALTH SERVICES,<br><br>    Defendant. | Case No. 12-cv-05739-WHO<br><br>**ORDER OF DISMISSAL** |

At a settlement conference before the Honorable Joseph C. Spero held on January 15, 2014, the parties agreed to a settlement. Dkt. No. 65.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings and deadlines scheduled in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 45 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: January 21, 2014



WILLIAM H. ORRICK
United States District Judge